AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| George Earl Manning,<br><br>*Plaintiff*<br>v.<br>Cherokee County Sheriff Steve Mueller<br><br>*Defendant*. | )<br>)<br>) Civil Action No. 1:24-cv-00352-JDA<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☒ The plaintiff, George Earl Manning, shall take nothing of the defendant, Cherokee County Sheriff Steve Mueller, and this action is dismissed with prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Court, the Honorable Jacquelyn D. Austin, United States District Judge, presiding, affirming the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissal without further leave for amendment.

Date:   April 12, 2024                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/A. Snipes
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*